IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GURMEL SINGH THIND and DALJIT KAUR THIND,<br><br>Plaintiffs,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Civil Action No. 5:13-cv-00619-FL<br><br>**ORDER ALLOWING DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S MOTION TO COMPEL PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES** |

This matter comes before the court on the motion of PNC Bank, National Association ("PNC") to compel Plaintiffs to serve their Rule 26(a)(1) initial disclosures. Based on the motion, the court makes the following findings and conclusions:

1. In accordance with this Court's Case Management Order (Dkt. 31), the parties were to exchange the information required by Federal Rule of Civil Procedure 26(a)(1) by February 13, 2014.

2. To date, Plaintiffs have failed to serve their initial disclosures.

IT IS THEREFORE HEREBY ORDERED AND DECREED as follows:

1. Within ten (10) days of entry of this Order, Plaintiffs will serve their Rule 26(a)(1) initial disclosures to PNC.

2. Should Plaintiffs not comply with this order, PNC may file further requests for orders from the Court including show cause for contempt and attorneys' fees.

This  5th  day of May, 2014.

_____
LOUISE W. FLANAGAN
U.S. District Judge