IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-00619-FL

| | | |
|---|---|---|
| GURMEL SINGH THIND and DALJIT KAUR THIND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| PNC BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Defendant. | ) | |

In its regular docket review, the court observed notation by a member of the clerk's office alerting to a "bounceback" electronic notification regarding failure of receipt of orders at docket entries 43 and 44 at the email address provided for Richard Polidi, attorney for plaintiffs. Attempt was made to contact Polidi by telephone July 2, 2014, but neither he nor his legal assistant answered. A voice-mail message was left by a member of the clerk's office advising Polidi to update his email address soon or the court may issue a show cause order pursuant to Section C of the CM/ECF Policy Manual. To date, no response has been made.

The undersigned has reviewed the attorney's standing with the North Carolina State Bar, and determined that on July 22, 2014, Polida was disbarred from the practice of law in North Carolina upon a finding that he engaged in professional misconduct warranting disbarment. Case No. 14-CV-9738, Wake County Superior Court. Polidi was allowed thirty (30) days from date of entry of the disbarment order to comply with the provisions of 27 N.C. Admin. Code, Chapter 1, Subchapter B,

Section .0124 of the Rules and Regulations of the North Carolina State Bar ("Section .0124"). Obligations of the disbarred attorney thereunder include but are not limited to client notification and withdrawal from pending litigation matters.

In his pending notice of withdrawal in this case, Polidi is ordered also to include: 1) current contact information for plaintiffs including service address(es) of Gurmel Singh Thind and Daljit Kaur Thind; together with 2) proof of his compliance with Section .0124's notice requirement.

Accordingly, of its own initiative, the court stays the action pending Polidi's satisfaction of the disbarment order entered July 22, 2014, upon his consent. The case manager shall return the case to the undersigned's attention on or around August 28, 2014, for her review regarding Polidi's compliance also with this order, which the clerk shall serve **by United States mail** upon Polidi: 1) at his listed office address, 2501 Blue Ridge Road, Suite 250, Raleigh, North Carolina 27607; and 2) through his counsel in the disbarment proceeding, Alan M. Schneider, Cheshire Parker Schneider & Bryan, Post Office Box 1029, Raleigh, North Carolina 27602.

SO ORDERED, this the 23rd day of July, 2014.

LOUISE W. FLANAGAN
United States District Judge